NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**INTEGRATED TECHNOLOGY CORPORATION** AND **NEVADA INTEGRATED TECHNOLOGY CORPORATION,**
*Plaintiffs-Appellees,*

**v.**

**RUDOLPH TECHNOLOGIES INC.** AND **MARINER ACQUISITION COMPANY LLC,**
*Defendants-Appellants.*

_____

2012-1593, -1618

_____

Appeals from the United States District Court for the District of Arizona in No. 06-CV-2182, Chief Judge Roslyn O. Silver.

--------------------------------------------------------------------------

**INTEGRATED TECHNOLOGY CORPORATION** AND **NEVADA INTEGRATED TECHNOLOGY CORPORATION,**
*Plaintiffs- Appellants,*

**v.**

**RUDOLPH TECHNOLOGIES INC.** AND **MARINER ACQUISITION COMPANY LLC,**
*Defendants-Appellees.*

INTEGRATED TECHNOLOGY CORP. v. RUDOLPH
TECHNOLOGIES, INC.

2

---

2012-1665

---

Appeal from the United States District Court for the District of Arizona in No. 06-CV-2182, Chief Judge Roslyn O. Silver.

---

**ON MOTION**

---

## O R D E R

Integrated Technology Corporation and Nevada Integrated Technology Corporation move without opposition to withdraw their cross-appeal, No. 2012-1665.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2012-1665 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2012-1665.

(3) The revised official caption for 2012-1593, -1618 is reflected above.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

3                INTEGRATED TECHNOLOGY CORP. v. RUDOLPH
                                                 TECHNOLOGIES, INC.


s25

ISSUED AS A MANDATE (As To 2012-1665 Only):
May 29, 2013